ORDER:
Motion granted.

*s/ E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHANNON BONER, DAVID PATTON ) <br> and WESLEY MARSHALL, individually, and ) <br> on behalf of all others similarly situated, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> vs. ) <br>   ) <br> DOJI, INC., d/b/a DEMOS' STEAK & ) <br> SPAGHETTI HOUSE, and PETER DEMOS, ) <br>   ) <br> Defendants. ) | No. 3:14-cv-1397 <br><br> Judge Sharp/Knowles <br><br> Collective and Class Action <br> Jury Demand |

## MOTION FOR ENTRY OF AGREED ORDER

Defendants DOJI, Inc., d/b/a Demos' Steak & Spaghetti House, and Peter Demos ("Defendants") respectfully move the Court to enter the attached Agreed Order providing an extension of time for Defendants to file their response to Plaintiffs' First Amended Collective and Class Action Complaint. As grounds, the parties have agreed to this extension, and an extension will not affect pretrial deadlines.

Respectfully submitted,

s/ Kenneth A. Weber
Kenneth A. Weber, BPR No. 015730
Ben H. Bodzy, BPR No. 023517
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5600
Facsimile: (615) 726-0464
kweber@bakerdonelson.com
bbodzy@bakerdonelson.com

*Attorneys for Defendants*