UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SHANNON BONER, et al | ) |
| | ) |
| Plaintiffs, | ) Case No. 3:14-cv-1397 |
| | ) Judge Sharp |
| v. | ) |
| | ) |
| DOJI, INC., et al. | ) |
| | ) |
| Defendants. | ) |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on April 23, 2015 on behalf of plaintiff Shannon Boner in the amount of $37,129.93 against defendants Doji, Inc., d/b/a Demos' Steak and Spaghetti House, and Peter Demos.

KEITH THROCKMORTON, CLERK

s/ *Ann Frantz*